JOHN TUCKER, *Plaintiff in Error*, v. STATE OF FLORIDA, *Defendant in Error*.

Opinion filed February 10, 1931.
Petition for rehearing denied March 23, 1931.

*Jones & Jones*, for Plaintiff in Error;

*Fred H. Davis,* Attorney General, *Roy Campbell,* Assistant, for Defendant in Error.

836

PER CURIAM.—The record in this cause having been considered by the Court, and the foregoing opinion prepared under Chapter 14553, Acts of 1929, adopted by the court as its opinion, it is considered, ordered, and adjudged by the court that the judgment of the court below be, and the same is hereby affirmed.

STRUM, C.J., AND WHITFIELD, ELLIS, TERRELL, BROWN AND BUFORD, J.J., concur.